UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frank Vennes and Greg Vennes | Civil No. 05-1780 (JRT/FLN) |
| Plaintiffs, | |
| v. | **O R D E R** |
| Ralph M. Peterson and Christian Gollman, | |
| Defendants. | |

---

Jeffrey C. Thompson and G. Craig Howse, **HOWSE & THOMPSON, PA**, 3189 Fernbrook Lane North, Plymouth, Minnesota 55447, for plaintiffs.

No appearances on behalf of defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 17, 2006 [Docket No. 13], all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that plaintiffs' motion for default judgment is **GRANTED** and that damages are awarded against defendant Christian Gollman in the amount of $120,000 for Frank Vennes and $20,000 for Greg Vennes.

DATED: September 11, 2006                    ____s/John R. Tunheim____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                                    United States District Judge